**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-2091**

MELVIN B. WELLS, JR.,

Plaintiff - Appellant,

v.

PHILIP SHAFER; MARIEN WISE; SCOTT COLLEY; TYRELL SMITH,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Elizabeth W. Hanes, District Judge.  (4:23-cv-00036-EWH-LRL)

Submitted:  June 25, 2026                          Decided:  June 29, 2026

Before BENJAMIN and BERNER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Melvin B. Wells, Jr., Appellant Pro Se.  Tyler S. Laughinghouse, Richmond, Virginia, Susan Frier Wiltsie, HUNTON ANDREWS KURTH LLP, Washington, D.C., for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Melvin B. Wells, Jr., appeals the district court's order granting summary judgment in favor of the Defendants in his civil action. We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's order. *Wells v. Shafer*, No. 4:23-cv-00036-EWH-LRL (E.D. Va. Aug. 18, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*